IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JOHNNA JOWANNA MIMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 114-239 |
| | ) | |
| GEORGIA DEPARTMENT OF CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** (1) Plaintiff's FMLA claims against Defendants Georgia Peace Officer Standards and Training Council ("POST"), Barnes, Jordan, Shepard, Conley, McNeil, Lewandowski, and Lee; (2) Plaintiff's due process claims against Defendants Georgia Department of Corrections, POST, and Lewandowski; (3) Plaintiff's due process claims for damages against Defendants Barnes, Jordan, Shepard, Conley, McNeil, and Lee in their official capacities; (4) Plaintiff's equal protection claims against all Defendants; and (5) Defendants POST and Lewandowski because all claims against them have been dismissed. Still remaining in this action are Plaintiff's FMLA claim against Defendant Georgia Department of Corrections, Plaintiff's procedural due process claims for damages against

Defendants Barnes, Jordan, Shepard, Conley, McNeil, and Lee in their individual capacity and for injunctive relief in their official capacity, and Plaintiff's defamation claim against Defendant Lee. (See doc. no. 24, pp. 6-7).[1]

SO ORDERED this 25th day of August, 2015, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] A motion to dismiss has been filed as to the individual defendants. (Doc. no. 27.)

2