# United States District Court
## Southern District of Georgia

JOHNNA JOWANNA MIMS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV114-239

CAREY BARNES, TOMEIKA T. JORDAN, MICHAEL STANTON SHEPARD, T.J. CONLEY, SERGEANT MICHAEL MCNEIL and OFFICER JESSICA LEE, in their individual and official capacities,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on March 30, 2016, the Defendants' motion to dismiss is GRANTED. Therefore, Defendants Barnes, Jordan, Shepard, Conley, McNeil, and Lee, in their individual and official capacities are dismissed from this case.



March 30, 2016
*Date*

Scott L. Poff
*Clerk*

*(By)* Deputy Clerk